# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand and fourteen.

Before:      Ralph K. Winter,
                     *Circuit Judge*.

_____

United States of America,

        Appellant,                             **ORDER**
                                                        Docket No. 14-2710

v.

Gilberto Valle, AKA Sealed Defendant 1,

        Defendant-Appellee.

_____

    Counsel for Appellee has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 13, 2015 as the brief filing date.

    The scheduling notification is hereby so ordered. No further extensions will be granted.


                                                     FOR THE COURT:

                                                     Catherine O'Hagan Wolfe,
                                                    Clerk of Court

